**Electronically Filed**
**Supreme Court**
**SCWC-22-0000754**
**30-JAN-2026**
**10:50 AM**
**Dkt. 13 ODAC**

SCWC-22-0000754

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CASEY BIBBS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000754; CASE NO. 2CPC-19-00832)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Holma, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed

on December 13, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 30, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Karin L. Holma

